GERALD E. BRUNN (Bar No. 107004)
Law Offices of Brunn & Flynn
928 12th Street, Suite 200
Modesto, CA 95354
 (209) 521-2133 (p)
 (209) 521-7584 (f)
gbrunn@brunn-flynn.com

DAVID M. IVESTER (Bar No. 76863)
LAWRENCE S. BAZEL (Bar No. 114641)
PETER PROWS (Bar No. 257819)
Briscoe Ivester & Bazel LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
 (415) 402-2700 (p)
 (415) 398-5630 (f)
divester@briscoelaw.net
lbazel@briscoelaw.net
pprows@briscoelaw.net

Attorneys for Defendants
DUARTE NURSERY, INC., JAMES DUARTE, and JOHN DUARTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOSE POND AG, INC., | No. 2:19−CV−02631−KJM−AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER |
| v. | |
| DUARTE NURSERY, INC., a California corporation; JAMES DUARTE, an individual; JOHN DUARTE, an individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |

**STIPULATION**

Goose Pond Ag, Inc. ("Goose Pond") filed the complaint in this action on December 31, 2019.

Defendants Duarte Nursery, Inc., James Duarte, and John Duarte (together "Duarte Defendants") have been served personally or by substituted service, rather than by notice and acknowledgement.

Goose Pond and Duarte Defendants agree to extend Duarte Defendants' deadline to respond to the complaint to February 20, 2020.  This deadline is appropriate given the length of the complaint, the parties' desire to meet and confer on the pleadings, and to facilitate the Duarte Defendants' ability to consolidate their responses.

The current deadline for John Duarte and Duarte Nursery, Inc. to respond to the complaint is January 24, 2020.  The current deadline for James Duarte to respond to the complaint is January 27, 2020.

No prior extensions have been given.  A status (pretrial scheduling) conference is currently scheduled for May 14, 2020.  This extension will not affect that conference, or any other deadlines.

DATED:       January 27, 2020                DOWNEY BRAND LLP


By:   /s/ Janlynn R. Fleener (per authorization)
          ROBERT P. SORAN
          JANLYNN R. FLEENER
          Attorneys for Plaintiff Goose Pond Ag, Inc.

DATED:       January 27, 2020                BRISCOE IVESTER & BAZEL LLP


By:   /s/ Peter Prows
          PETER PROWS
          Attorneys for Defendants Duarte Nursery, Inc., James Duarte, and John Duarte

**ORDER**

Defendants shall have until February 20, 2020 to respond to the complaint.

DATED:  January 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE