DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
JANLYNN R. FLEENER (Bar No. 169385)
ASHLEY M. BOULTON (Bar No. 285305)
rsoran@downeybrand.com
jfleener@downeybrand.com
aboulton@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Plaintiff
Goose Pond Ag, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Goose Pond Ag, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Duarte Nursery, Inc., a California corporation; James Duarte, an individual; John Duarte, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | No. 2:19-cv-02631 KJM DB <br><br> **AMENDMENT TO STIPULATION REGARDING CONFIDENTIAL DOCUMENTS; AND ORDER** |

## RECITALS

WHEREAS, the Parties to this action – Plaintiff Goose Pond Ag, Inc., and Defendants Duarte Nursery, Inc., James Duarte and John Duarte – entered into a Stipulation Regarding Confidential Documents (ECF No. 28), which was approved by the Court and entered as a Protective Order on or about May 14, 2020 (ECF No. 29).

WHEREAS, Defendants served a FRCP Rule 45 subpoena for production of documents on third-party Farmland Management Services ("Farmland").

WHEREAS, Farmland has documents in its possession which are responsive to Defendants' subpoena and which constitute Confidential documents, as that term is defined in the Protective Order, including documents which contain confidential, private financial information of Farmland's client Goose Pond Ag, Inc.

WHEREAS, Farmland is not a signatory to the Parties' stipulation and therefore not covered by the Court's Protective Order.

WHEREAS, the Parties agree that the terms and benefits of the Protective Order should also be available to Farmland.

WHEREAS, the Protective Order provides that the Parties may not modify its terms without the Court's approval (ECF No. 29, ¶ 6).

## **STIPULATION**

NOW THEREFORE, the Parties hereby STIPULATE as follows:

A.  The Parties propose that the Court issue an amendment to its Protective Order to allow third-party Farmland Management Services to produce confidential documents in the case pursuant to the terms of the Protective Order.

B.   The Parties agree to treat the foregoing stipulation as controlling pending the Court's consideration of it.

IT IS SO STIPULATED,

DATED:  July 15, 2020         DOWNEY BRAND LLP


By:   /s/ Janlynn R. Fleener
         ROBERT P. SORAN
         JANLYNN R. FLEENER
         Attorneys for Plaintiff
         Goose Pond Ag, Inc.


DATED:  June 30, 2020         LAW OFFICES OF BRUNN & FLYNN


By:   /s/ Gerald E. Brunn
         *(as authorized 6/30/20)*
         GERALD E. BRUNN
         Attorneys for Duarte Nursery, Inc., James Duarte, and John Duarte

DATED: June 30, 2020                    BRISCOE IVESTER & BAZEL LLP

By:          /s/ Peter Prows
        *(as authorized 6/30/20)*
DAVID M. IVESTER
PETER PROWS
Attorneys for Duarte Nursery, Inc., James Duarte, and John Duarte

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: July 17, 2020            /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE